# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE B. POLAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-2020-1236-R |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, operating as the University of Oklahoma Health Sciences Center, | ) ) ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 13th DAY OF MAY 2022.**

s/ Mark Hammons
Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA # 21231
Brandon D. Roberts, OBA # 34012
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: taylor@hammonslaw.com
*Counsel for Plaintiff*

s/ Elaine R. Turner
(*signed with permission of the filing party*)
Elaine R. Turner, OBA No. 13082
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: eturner@hallestill.com

*And*

Tina S. Ikpa, OBA No. 32193
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, OK 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
Email: tsikpa@ou.edu
*Counsel for Defendant*